UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA NORTON,<br><br>        Plaintiff,<br><br>   v.<br><br>STRATEGIC STAFFING SOLUTIONS, L.C., et al.,<br><br>        Defendants. | Case No. 23-cv-06648-JSC<br><br>**PRETRIAL ORDER NO. 1** |

Following the further case management conference held on May 30, 2024, the Court orders as follows:

1. Deadline for Plaintiff's motion to remand:      July 11, 2024

2. Deadline to submit the name and date of private mediator:      June 28, 2024

3. Further video case management conference with updated statement due one week in advance of the conference:      July 25 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: May 30, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge