Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
Elliot J. Siegel (Bar No. 286798)
elliot@kingsiegel.com
**KING & SIEGEL LLP**
724 South Spring Street, Suite 201
Los Angeles, California 90014
tel:  (213) 465-4802
fax: (213) 465-4803

Xavier Villegas (Bar No. 293232)
xavier@xaviervillegaslaw.com
**LAW OFFICE OF XAVIER VILLEGAS, APC**
2390 Las Posas Road, C168
Camarillo, CA 93010
tel:  (805) 250-7488
fax: (805) 250-7499

Attorneys for Plaintiff and the Putative Class

[Additional Counsel on the next page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Paula Norton**, individually and on behalf of all similarly situated individuals,<br><br>         Plaintiff,<br><br>   vs.<br><br>**Strategic Staffing Solutions-S3, L.L.C.**, a Florida limited liability company; **Cynthia J. Pasky**, an individual; and **Does 1-100**, inclusive;<br><br>         Defendants. | Case No. 3:23-cv-06648-JSC<br><br>Assigned to Hon. Jacqueline Scott Corley<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>**Date: July 25, 2024**<br>**Time: 1:30 p.m.**<br>**Place: via zoom**<br><br>Complaint Filed:  November 7, 2023<br>Removal Date:    December 28, 2023 |

Eileen R. Ridley (Bar No. 151735)
eridley@foley.com
Jason Y. Wu (Bar No. 313368)
jwu@foley.com
Evan L. Hamling (Bar No. 339578)
ehamling@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104
tel:  415.434.4484
fax: 415.434.4507

Kaleb N. Berhe (Bar No. 302080)
kberhe@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
tel:  213.972.4500
fax: 213.486.0065

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Per the Court's Order on May 30, 2024, Plaintiff Paula Norton ("Plaintiff") and Strategic Staffing Solutions-S3, L.L.C. and Cynthia J. Pasky (collectively "Defendants"), by and through their respective counsel of record, hereby submit the following Joint Statement in advance of the July 25, 2024 Status Conference:

### I.    The Putative Class

On June 26, 2024, Plaintiff filed her First Amended Complaint, which asserts claims on behalf of two classes:

(a) all non-exempt persons who worked at least one 3.5-hour shift, whether as a direct-hire or agency employee, for Defendants in the State of California from November 7, 2019 through trial (the "Non-Exempt Class"); and

(b) all persons who worked at least one 3.5-hour shift for Defendants and were classified as an exempt employee in the role of "sourcer," "consultant," or "recruiter" (or similar role) in the State of California from November 7, 2019 through trial (the "Exempt Class").

Defendants have agreed, for the purposes of mediation only, that the Classes are appropriately defined and that Plaintiff is an adequate representative and reserve all rights to challenge adequacy and the Class definitions should mediation not be successful.

### II.    Mediation

The Parties have also agreed to participate in private mediation with Judge Peter D. Lichtman (Ret.) from Signature Resolution with mediation to take place on September 6, 2024.

After additional meet and confer efforts, the Parties have also reached agreement on the scope of necessary pre-mediation discovery.

### III.    Motion for Remand

Based on the Parties meet and confer efforts, Plaintiff believes that there is not presently any basis to move for remand.

### IV.    Other Issues

The Parties respectfully request the Court set a further status conference for September

16, 2024 or the first available date thereafter, with the Parties to update the Court regarding settlement efforts at that time.

Dated: July 17, 2024

Respectfully submitted
**KING & SIEGEL LLP**

*Elliot J. Siegel*
_____
Elliot J. Siegel
Attorneys for Plaintiff Paula Norton
and The Putative Class

Dated: July 17, 2024

Respectfully submitted
**LAW OFFICE OF XAVIER VILLEGAS, APC**

_____
Xavier Villegas
Attorney for Plaintiff Paula Norton
and The Putative Class

Dated: July 17, 2024

Respectfully submitted
**FOLEY & LARDNER LLP**

 */s/ Sara Abarbanel*
_____
Sara Abarbanel
Jason Y. Wu
Evan Hamling
Kaleb N. Berhe
Attorneys for Defendants Strategic Staffing
Solutions-S3, L.L.C. and Cynthia J. Pasky