Elliot J. Siegel (Bar No. 312272)
elliot@kingsiegel.com
**KING & SIEGEL LLP**
724 S. Spring Street, Ste. 201
Los Angeles, California 90014
Tel: (213) 465-4802 / Fax: (213) 465-4803

Xavier Villegas (Bar No. 293232)
xavier@xaviervillegaslaw.com
**LAW OFFICE OF XAVIER VILLEGAS, APC**
2390 Las Posas Road, C168
Camarillo, CA 93010
Tel: (805) 250-7488 / Fax: (805) 250-7499

Attorneys for Plaintiff and the Settlement Class

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Paula Norton**, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br>vs.<br><br>**Strategic Staffing Solutions-S3, L.L.C.**, a Florida limited liability company; **Cynthia J. Pasky**, an individual; and **Does 1-100**, inclusive;<br><br>Defendants. | CASE NO. 3:23-cv-06648-JSC<br><br>Assigned to Hon. Jacqueline Scott Corley<br><br>**<u>CLASS ACTION</u>**<br><br>**SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL**<br><br>Date: January 23, 2025<br>Time: 2:30 p.m.<br>Dept.: 8 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Per the Court's January 23, 2025 Hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Class Counsel provides the following supplemental information and revised documentation as requested by the Court:

<u>Notice Format (Objections)</u>: Class Counsel has revised the Notice to include the additional language sought by the Court, namely, informing Class Members that they may object to the request for attorneys' fees and costs, as well as the service award, separately from the Settlement itself, and providing information confirming that Class Members may view the Motion for Attorney's Fees and Costs on the Settlement website. Under the revised schedule, Class Members will have 45 days from preliminary approval to submit objections (5 days for the Defendants' to provide the Class List, five days for the Administrator to mail Notice, and 35 days from mailing for Class Members to object); Class Counsel will submit its Motion for Attorney's Fees and Costs 35 days after an Order Granting Preliminary Approval; and Class Members will therefore have ten days to review the Motion for Attorney's Fees and Costs prior to their objection deadline—ensuring compliance with *In re Mercury Interactive Corp. Securities Litigation,* 618 F.3d 988, 993 (9th Cir., 2010). Attached as **Exhibit A-1** is a revised copy of the Notice with changes tracked in redline for the Court's ease of reference. Attached as **Exhibit A-2** is a clean copy of the Notice.

Dated: January 24, 2025

Respectfully Submitted,
KING & SIEGEL LLP

By: *Elliot J. Siegel*
Elliot J. Siegel
Attorneys for Plaintiff and the Class

---

-1-

SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

Dated: January 24, 2025

Respectfully Submitted,
LAW OFFICE OF XAVIER VILLEGAS, APC

By: _____
Xavier Villegas
Attorney for Plaintiff and the Class